## No. 26805

**Richard L. Hamrick v. The Colorado Board of Accountancy; Earl Jensen, individually and as a member of the Colorado Board of Accountancy; Margaret L. Bailey, individually and as a member of the Colorado Board of Accountancy; and Marvin Straigt, individually and as a member of the Colorado Board of Accountancy**

(541 P.2d 1249)

Decided November 3, 1975.

Clark, Martin and Pringle, Bruce D. Pringle, for plaintiff-appellee.

J. D. MacFarlane, Attorney General, Jean E. Dubofsky, Deputy, Edward G. Donovan, Solicitor General, Janice L. Burnett, Assistant, for defendants-appellants.

Simon, Eason, Hoyt & Malone, P.C., Richard L. Eason, for Colorado Society of Certified Public Accountants, amicus curiae.

Covington & Burling, David B. Isabell, for American Institute of Certified Public Accountants, amicus curiae.

*En Banc.*

Per Curiam

Mr. Justice Day, Mr. Justice Hodges and Mr. Justice Kelley are in favor of affirmance; whereas Mr. Justice Groves, Mr. Justice Lee, and Mr. Justice Erickson are in favor of reversal. Mr. Chief Justice Pringle took no part in the discussion of this case. The court being equally divided in opinion, the judgment stands affirmed by operation of law as provided by C.A.R. 35(e).